# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

THOMAS STASIEK

(Name and Address of Defendant)

FILED
JAN 1 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08CR 0050**

CRIMINAL COMPLAINT

MAGISTRATE JUDGE MASON

CASE NUMBER:

I, Task Force Officer Craig Januchowski, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about January 17, 2008, at Chicago, in the Northern District of Illinois, Eastern Division, defendant:

> did, by force and violence, and by intimidation, attempt to take from the person and presence of a bank employee, United States Currency belonging to, and in the care, custody, control, management, and possession of a bank, namely, the Albany Bank at 4400 N. Western Avenue, Chicago, Illinois, whose deposits were insured by the Federal Deposit Insurance Corporation, in violation of Title 18 United States Code, Section 2113(a).

I further state that I am a Task Force Officer with the FBI's Violent Crimes Task Force and that this complaint is based on the following facts:

PLEASE SEE ATTACHED.

Continued on the attached sheet and made a part hereof: _X_ Yes  ___ No

Craig Januchowski, TFO #204
Federal Bureau of Investigation
Violent Crimes Task Force

Sworn to before me and subscribed in my presence,

January 18, 2008     at     Chicago, Illinois
Date                          City and State

Michael T. Mason, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF COOK | ) |

I, Craig A. Januchowski, being duly sworn under oath, state as follows:

1. I am a Cook County Sheriff's Police Investigator and have been employed there since January 2000. I am currently assigned to the Federal Bureau of Investigation Violent Crimes Task Force ("VCTF"). I am assigned to the investigation of various crimes, including the investigation of bank robberies, kidnapings and other violent crimes.

2. I make this affidavit from personal knowledge based on my participation in this investigation and communications with others who have personal knowledge of the events and circumstances described herein. The information outlined below is provided for the limited purpose of establishing probable cause for the attached criminal complaint and does not contain all details or all facts of which I am aware relating to this investigation.

**January 17, 2008: Attempted Bank Robbery**

3. On January 17, 2008, an attempted robbery was made at Albany Bank, located at 4400 N. Western Avenue, Chicago, Illinois (the "Bank"). According to the victim teller, at approximately 1:19 p.m., a white male, later identified as Thomas STASIEK, entered the Bank and approached her teller station. STASIEK then placed an open duffel bag on the teller counter and stated, "put it all in there, start with the big bills first." As the victim teller began to comply with STASIEK'S demand by reaching for money in her drawer, the bank's security guard, who is an off-duty Chicago Police Officer, approached STASIEK from behind and heard STASIEK state in a loud voice "put the fucking money in the bag." While the security guard continued to approach STASIEK from the rear, he drew his weapon from his holster and announced his office and position (Chicago Police Officer). The security guard ordered STASIEK to stop what he was doing and raise his hands

over his head, as he was under arrest. STASIEK raised his hands, turned to face the security guard and began to side step toward the Bank's north exit in an attempt to leave the premises. The security guard repeatedly ordered STASIEK to stop; STASIEK did not comply. At that point, the security guard grabbed STASIEK'S sweater in an effort to keep him form exiting the Bank and, after a brief struggle, was able to place STASIEK into custody. Immediately after being taken into custody, STASIEK claimed that he had been forced to commit the robbery as a result of his child being abducted.

### Stasiek's Confession

4. Following STASIEK'S arrest he was transferred to the custody of the FBI and was subsequently interviewed. Prior to the interview, STASIEK was advised of and waived his constitutional rights per Miranda. After waiving his rights, STASIEK proceeded to confess to the attempted robbery of the Albany Bank. STASIEK advised VCTF personnel that he had fabricated the story regarding being forced to rob the bank as a result of his child being abducted.

5. An audit conducted by bank personnel revealed the bank did not suffer a loss as a result of the attempted robbery.

6. On January 17, 2008, the Albany Bank was an institution whose funds were insured by the Federal Deposit Insurance Corporation.

7.  Based on the foregoing, I respectfully submit there exists probable cause to believe that Thomas STASIEK, did by force and violence, and by intimidation, attempt to rob the Albany Bank in Chicago Illinois, a federally insured institution, in violation of Title 18 U.S.C. Section 2113(a).

Further affiant sayeth not,

*Craig A. Januchowski #204*
Craig A. Januchowski
Task Force Officer
Federal Bureau of Investigation

Subscribed to and sworn before
me this 18th day of January, 2008

*Michael T. Mason*
U.S. Magistrate Judge Michael T. Mason