

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50 | **DATE** | 1/18/2008 |
| **CASE TITLE** | United States vs. Thomas Stasiek | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 1/18/08. Defendant appears in response to arrest on 1/17/08. Defendant informed of his rights. Enter Order appointing Sergio Rodriguez as counsel for defendant. Defendant waives his right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings. Government seeks detention. Detention hearing set for 1/23/08 at 2:30 p.m. Defendant to remain in custody until further order of the Court.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | KF |
|---|---|---|