# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Michael T. Mason | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50 | **DATE** | 1/23/2008 |
| **CASE TITLE** | United States vs. Thomas Stasiek | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 1/23/08 and continued to 1/25/08 at 2:15 p.m. Defendant to remain in custody until further order of the Court.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | KF |
|---|---|---|