## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50 | **DATE** | 1/25/2008 |
| **CASE TITLE** | United States vs. Thomas Stasiek | | |

**DOCKET ENTRY TEXT**

Continued detention hearing held on 1/25/08. Government and defendant agree on certain conditions of release.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | KF |
|---|---|---|