

**FILED**
FEB - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGE HIBBLER** |
| | ) No. 08 CR 50 | |
| v. | ) | |
| | ) Violation: Title 18, United States | |
| THOMAS STASIEK | ) Code, Section 2113(a) | |

**MAGISTRATE JUDGE MASON**

The SPECIAL AUGUST 2006-2 GRAND JURY charges:

On or about January 17, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

THOMAS STASIEK,

defendant herein, did, by intimidation, attempt to take from the person and presence of a bank employee money belonging to and in the care, custody, control, management, and possession of Albany Bank, 4400 N. Western Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY