## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50 | **DATE** | 2/8/2008 |
| **CASE TITLE** | United States vs. Thomas Stasiek | | |

**DOCKET ENTRY TEXT**

Defendant's bond is modified to Home Detention with Electronic Monitoring, from the originally set condition of Home Incarceration.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KF |
|---|---|---|