## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50 - 1 | **DATE** | 2/21/2008 |
| **CASE TITLE** | U.S.A. vs. STAIESK | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty. 16.1A materials to be tendered by 3/6/08. Status hearing set for 3/20/08 at 10:30 a.m. Parties to advise the Court if a plea will be entered at the next court date. Bond to stand. If a plea will not be entered and the parties agree, defendant's presence may be waived at the next court date. The Court finds the interest of justice would best be served by excluding time pursuant to 18:3161(h)(8)(A)(B).          (X-T)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | JHC |
|---|---|---|