UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 08 CR 50 |
| v. | ) | |
| | ) | Judge William J. Hibbler |
| THOMAS STASIEK, | ) | |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Please take notice that Assistant United States Attorney Faris J. Hussein is no longer assigned to this case and the undersigned Assistant United States Attorney is substituted in place of that previously designated attorney.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Lisa Noller
    LISA NOLLER
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312)353-5314

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

was served pursuant to the district court's ECF system as to ECF filers.

s/ Lisa Noller
LISA NOLLER
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5314
