# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50 - 1 | **DATE** | 6/10/2008 |
| **CASE TITLE** | USA vs. Thomas Stasiek | | |

**DOCKET ENTRY TEXT**

Status hearing held on 6/10/08 as to Thomas Stasiek (1). Government's request to extend time for pretrial investigation on this matter is granted to 7/10/08. Status hearing continued to 7/16/08 at 10:00 a.m. The Court finds the interest of justice would best be served by excluding time pursuant to 18:3161(h)(8)(A)(B). X-T

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | yp |
|---|---|---|