**FILED**
8-19-08
AUG 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08CR 050**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

*Felony*
**JUDGE HIBBLER**
**MAGISTRATE JUDGE MASON**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   **NO X**   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☐   **YES X**   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   **08 CR 50 - Judge Hibbler**   U.S. v. THOMAS STASIER

3) Is this a re-filing of a previously dismissed indictment or information?   **NO X**   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   **NO X**   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   **NO X**   YES ☐

6) What level of offense is this indictment or information?   **FELONY X**   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   **NO X**   YES ☐

8) Does this indictment or information include a conspiracy count?   **NO X**   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............... (II)
   ☐ Criminal Antitrust (II)
   **X Bank robbery ........... (II)**
   ☐ Post Office Robbery ....... (II)
   ☐ Other Robbery .......... (II)
   ☐ Assault ................. (III)
   ☐ Burglary ............... (IV)
   ☐ Larceny and Theft ....... (IV)
   ☐ Postal Embezzlement ...... (IV)
   ☐ Other Embezzlement ..... (III)

   ☐ Income Tax Fraud ........... (II)
   ☐ Postal Fraud ............... (II)
   ☐ Other Fraud ............... (III)
   ☐ Auto Theft ............... (IV)
   ☐ Transporting Forged Securities .. (III)
   ☐ Forgery ............... (III)
   ☐ Counterfeiting ............ (III)
   ☐ Sex Offenses ............ (II)
   ☐ DAPCA Marijuana ........... (III)
   ☐ DAPCA Narcotics ........... (III)

   ☐ DAPCA Controlled Substances .... (III)
   ☐ Miscellaneous General Offenses .... (IV)
   ☐ Immigration Laws ............... (IV)
   ☐ Liquor, Internal Revenue Laws ..... (IV)
   ☐ Food & Drug Laws ............... (IV)
   ☐ Motor Carrier Act ............... (IV)
   ☐ Selective Service Act ............. (IV)
   ☐ Obscene Mail ............... (III)
   ☐ Other Federal Statutes ........... (III)
   ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.

    **Title 18 USC § 2113(a)**

    _____
    Lisa Noller
    Assistant United States Attorney

(Revised 12/99)