# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50 | **DATE** | 8/26/2008 |
| **CASE TITLE** | USA vs. Thomas Stasiek | | |

**DOCKET ENTRY TEXT**

Arraignment held as to the superseding indictment. The defendant enters a plea of not guilty. Status hearing held and continued to 09/24/08 at 10:00 a.m. The Court finds the interest of justice would best be served by excluding time pursuant to 18:3161(h)(8)(A)(B). (X-T)

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | JD |
|---|---|---|

Case 1:08-cr-00050     Document 26     Filed 08/26/2008     Page 1 of 1

08CR50 USA vs. Thomas Stasiek     Page 1 of 1