Case 1:08-cr-00050 Document 27 Filed 09/03/2008 Page 1 of 1

 Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50 - 1 | **DATE** | 9/3/2008 |
| **CASE TITLE** | U.S.A. vs. THOMAS STASIEK | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order modifying defendant's pretrial release to allow defendant to attend his sister's wedding on September 27, 2008 in Chicago, Illinois. Defendant is to consult with his Pretrial Services Officer to allow him reasonable time from the electronic monitoring to attend the wedding, and other traditional responsibilities of a groomsman, including but not limited to, being fitted for his tuxedo and to attend the rehearsal dinner the night before the wedding. The time are to be within the Pretrial Service Officer's direction.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|

U.S. DISTRICT COURT

2008 SEP -3 PM 1:56

FILED

08CR50 - 1 U.S.A. vs. THOMAS STASIEK    Page 1 of 1