IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 08 CR 50 |
| | ) |
| THOMAS STASIEK | ) Judge William J. Hibbler |

### AGREED ORDER

IT IS HEREBY ORDERED, by agreement of all parties, that the previously entered conditions of release for Defendant Thomas Stasiek be modified to allow Mr. Stasiek to attend his sister's wedding on September 27, 2008 in Chicago, Illinois. Defendant is on electronic monitoring, but is scheduled to be a groomsman at his sister's wedding. Therefore, Defendant will work with his Pretrial Services Officer to allow him reasonable time from the electronic monitoring to attend to the wedding, and other traditional responsibilities of a groomsman, including but not limited to, being fitted for his tuxedo and to attend the rehearsal dinner the night before the wedding. The times will be within the Pretrial Service Officer's discretion. All other conditions will remain.

ENTERED:

_Wm. J. Hibbler_
United States Judge

DATED: 9/3/08